## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

JESSICA CLIPPINGER, on behalf of herself
and all others similarly situated,
     Plaintiff,

v.                                    Case No. 2:20-cv-02482-BCL-cgc

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and AUDATEX
NORTH AMERICA, INC., d/b/a
AUDAEXPLORE, a Delaware Corporation,
     Defendants.

---

## ORDER

---

This case, filed in 2020, is subject of an interlocutory appeal to the United States Court of Appeals for the Sixth Circuit. *See, e.g.*, Doc. 268. That interlocutory appeal concerns whether a class was properly certified a class to pursue the claims against Defendant State Farm.

The case was reassigned to the undersigned earlier this month. Doc. 274. It appears that, before the case was reassigned, the judge earlier assigned to this case, Judge Parker, in 2024 (1) stayed further proceedings relating to the pending Motion to Certify a Class to pursue claims against Defendant Audatex North America, Inc. (Doc. 222), and (2) refused to stay proceedings relating to the Motion for Summary Judgment filed by Defendant Audatex, Inc. (Doc. 209). *See* Doc. 266. Aside from two filings relating to supplemental authorities (Docs. 269, 270), it does not appear that any further action has been taken in connection with Audatex's unstayed summary judgment motion or the district court proceedings more generally.  However, the Sixth Circuit has

now determined to rehear the interlocutory appeal en banc, and oral argument occurred on March 18.

Based on the foregoing, the parties are **ORDERED** to confer with each other and then file by **April 3rd, 2026**, notices stating their respective positions concerning why this case should not be stayed in its entirety pending the Sixth Circuit's disposition of the now-argued en banc appeal. These notices shall be limited to no more than **five (5)** pages, and shall specify what, if any, actions the filer believes the Court should take if the case is not stayed in its entirety.

**IT IS SO ORDERED**, this 25th day of March, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE