**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

JESSICA CLIPPINGER, on behalf of herself
and all others similarly situated,
     Plaintiff,

v.                                                Case No. 2:20-cv-02482-BCL-cgc

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and AUDATEX
NORTH AMERICA, INC., d/b/a
AUDAEXPLORE, a Delaware Corporation,
     Defendants.

---

**ORDER STAYING CASE**

---

In response to the Court's Order (Doc. 276), Counsel for Plaintiff and Defendant Audatex North America, LLC filed a joint notice (Doc. 277) agreeing that this case should be stayed in its entirety pending resolution of the interlocutory appeal to the United States Court of Appeals for the Sixth Circuit, Case Number 24-5421. Defendant State Farm Mutual Automobile Insurance Company did not respond separately but had previously joined Defendant Audatex's motion to stay this action pending resolution of State Farm's interlocutory appeal before the Sixth Circuit. Doc. 256. Therefore, this action is **STAYED**. The Clerk is **DIRECTED** to administratively close the case. The Parties shall provide notice to the Court when the interlocutory appeal has concluded for this stay to be lifted.

     **IT IS SO ORDERED**, this 7th day of April, 2026.

                                      s/ *Brian C. Lea*
                                      BRIAN C. LEA
                                      UNITED STATES DISTRICT JUDGE