**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Kelly L. Stephens<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed: May 18, 2026

Ms. Wendy R. Oliver
U.S. District Court
for the Western District of Tennessee
167 N. Main Street
Room 242
Memphis, TN 38103

> Re:    Case No. 24-5421, *Jessica Clippinger v. State Farm Automobile Ins Co*
> Originating Case No. 2:20-cv-02482

Dear Ms. Oliver,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Monica

cc: Mr. Daniel Adler
    Mr. Joseph Henry (Hank) Bates III
    Mr. Theodore J. Boutrous Jr.
    Mr. Matt Aidan Getz
    Mr. Bradley Hamburger
    Mr. Peter W. Herzog III
    Mr. Judson Owen Littleton
    Mr. Edwin Lee Lowther III
    Mr. Jacob L. Phillips
    Mr. Eric L. Robertson
    Mr. Adam G. Unikowsky
    Mr. Christopher L. Vescovo
    Mr. Jeffrey Bryan Wall

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 24-5421

_____

Filed: May 18, 2026

JESSICA CLIPPINGER, on behalf of herself and all others similarly situated

      Plaintiff - Appellee

v.

STATE FARM AUTOMOBILE INSURANCE COMPANY

      Defendant - Appellant

### <u>MANDATE</u>

Pursuant to the court's disposition that was filed 04/24/2026 the mandate for this case hereby issues today.

COSTS:  None