**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

JESSICA CLIPPINGER, on behalf of herself
and all others similarly situated,
     Plaintiff,

v.                                                                    Case No. 2:20-cv-02482-BCL-cgc

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and AUDATEX
NORTH AMERICA, INC., d/b/a
AUDAEXPLORE, a Delaware Corporation,
     Defendants.

---

**ORDER FOR NOTICE OF POSITION**

---

The Court is in receipt of Parties' Joint Notice of Conclusion of Appeal (Doc. 282) which provided notice of the Sixth Circuit's mandate in the interlocutory appeal (Doc. 281). The Sixth Circuit reversed the class-certification order and remanded for further proceedings, holding that "this suit cannot proceed as a class action" because individual issues predominated over common ones. *Clippinger v. State Farm Auto. Ins. Co.*, 173 F.4th 817, 827 (6th Cir. 2026).

The Parties are hereby **ORDERED** to file notices stating their respective positions whether and, if so, how this litigation should move forward, including but not limited to whether the Court should proceed to adjudicate the pending motions, order additional briefing on those motions, or take some other course. In doing so, the parties should state their respective positions on the impact of the Sixth Circuit's decision on proper resolution of those motions. The parties must file those notices by **May 26, 2026**. The notices may not exceed **seven (7)** pages.

**IT IS SO ORDERED**, this 19th day of May, 2026.

    s/ *Brian C. Lea*

BRIAN C. LEA
UNITED STATES DISTRICT JUDGE